# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>)<br>MINAS LITOS, )<br>    Defendant. ) | CAUSE NO.: 2:12-CR-175-PPS |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEAS OF GUILTY BY DEFENDANT MINAS LITOS

TO: THE HONORABLE PHILIP P. SIMON,
   UNITED STATES DISTRICT COURT

Upon Defendant Minas Litos' request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on October 7, 2014, with the consent of Defendant Minas Litos, counsel for Defendant Minas Litos, and counsel for the United States of America.

The hearing on Defendant Minas Litos' pleas of guilty were in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Minas Litos under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Minas Litos,

I FIND as follows:

(1) that Defendant Minas Litos understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Minas Litos understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Minas Litos understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Minas Litos understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Minas Litos have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Minas Litos is competent to plead guilty;

(6) that Defendant Minas Litos understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Minas Litos' pleas; and further,

I RECOMMEND that the Court accept Minas Litos' pleas of guilty to the offenses charged in Counts 1-17 of the Indictment and that Defendant Minas Litos be adjudged guilty of the offenses charged in Counts 1-17 of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Minas Litos be adjudged guilty, a sentencing date before Judge Philip P. Simon will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 7th day of October, 2014.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable Philip P. Simon