UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:12-cr-00175-PPS-PRC |
| | ) | |
| MINAS LITOS | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Paul R. Cherry entered on October 7, 2014. (Docket Entry 112.) Judge Cherry recommends that the Court accept Defendant Minas Litos's plea of guilty to the offenses charged in Counts 1 through 17 of the Indictment. Judge Cherry found that: Litos understands the charges against him, his rights, and the maximum possible sentences; Litos pleaded guilty knowingly and voluntarily; Litos is competent to plead guilty; Litos understands that the answers he gave while pleading could later be used against him in a prosecution for perjury; and there are adequate factual bases underlying the plea. The deadline for objections to the R&R was October 24, 2014. No party ever filed an objection to Magistrate Judge Cherry's R&R.

After reviewing Litos's signed consent to pleading before a Magistrate Judge (DE 111); the plea agreement between Litos and the government (DE 107); the recording of the plea hearing; and the R&R findings (DE 112), and agreeing with the findings in the R&R, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Litos's plea to Counts 1 and 2 through 17 is hereby **ACCEPTED.** Magistrate Judge Cherry's Report & Recommendation is hereby adopted in its entirety

and fully incorporated into this order.

Litos's sentencing remains set for November 5, 2015, at 9:00 A.M., pursuant to a previous Order. (*See* DE 214.)

**SO ORDERED.**

ENTERED: August 20, 2015

/s/ Philip P. Simon
**Philip P. Simon, Chief Judge
United States District Court**